**LESLIE A. PARIKH, ESQ.**
**GEBHARDT & KIEFER, P.C.**
1318 Route 31 ● P.O. Box 4001
Clinton, New Jersey 08809-4001
Phone:    (908) 735-5161
E-Mail:   lparikh@gklegal.com
Attorney ID# 038131999
Attorneys for Defendants, Borough of Ogdensburg, Ogdensburg Chief of Police Stephen Gordon, Sgt.
Stephen Davis, Ptl. Christopher Geene, Ogdensburg Former Mayor Peter Opilla, Ogdensburg Mayor
Rachel Slater, Council Members Michael Nardini, Peter Opilla, George Hutnick, Anthony Nasisi, David
Astor, Robert Gunderman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| DANA SANFILIPPO<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF OGDENSBURG, a Municipal Corporation of the State of New Jersey, OGDENSBURG CHIEF of POLICE STEPHEN GORDON, individually and in his official capacity, PTL. CHRISTOPHER GEENE, individually and in his official capacity, OGDENSBURG FORMER MAYOR PETER OPILLA, individually and in his official capacity, OGDENSBURG MAYOR RACHEL SLATER, individually and in her official capacity, COUNCIL MEMBER MICHAEL NARDINI individually and in his official capacity, COUNCIL MEMBER PETER OPILLA, individually and in his official capacity, COUNCIL MEMBER GEORGE HUTNICK, individually and in his official capacity, COUNSIL MEMBER ANTHONY NASISI, individually and in his official capacity, COUNCIL MEMBER DAVID ASTOR, individually and in his official capacity, COUNCIL MEMBER ROBERT GUNDERMAN, individually and in his official capacity, SUSSEX COUNTY SHERIFF'S OFFICER SGT. JOHN GRAY, individually and in his official capacity, SUSSEX COUNTY SHERIFF'S OFFICER J. SMITH, III, individually and in his official capacity, FRANK SANFILIPPO, LAMERTA SANFIPPO and JOSEPH V. SANFILIPPO<br><br>Defendants. | CASE NO.<br><br>*Civil Action*<br><br>NOTICE OF REMOVAL |

00190760

**PLEASE TAKE NOTICE** that, on this date, Defendants, Borough of Ogdensburg, Ogdensburg Chief of Police Stephen Gordon, Sgt. Stephen Davis, Ptl. Christopher Geene, Ogdensburg Former Mayor Peter Opilla, Ogdensburg Mayor Rachel Slater, Council Members Michael Nardini, Peter Opilla, George Hutnick, Anthony Nasisi, David Astor, Robert Gunderman (hereinafter "the Ogdensburg Defendants"), by their undersigned counsel, have filed this Notice of Removal pursuant to 28 U.S.C. §1466(a), in the Office of the Clerk of the United States District Court for the District of New Jersey.

These Defendants, by their undersigned counsel, state:

1.   Plaintiff brings this action against Frank Sanfilippo, Lamerta Sanfilippo and Joseph V. Sanfilippo (collectively referred to as the "Sanfilippo Defendants), Sussex County Sheriff's Officers, John Gray and J. Smith III (hereinafter "the County Defendants") and the Ogdensburg Defendants, in the Superior Court of New Jersey, Law Division, Sussex County, Docket Number SSX-L-346-18.

2.   On July 30, 2018, the Summons and Complaint were served on the Ogdensburg Defendants. A true copy of the filed Summons and Complaint is annexed hereto as **Exhibit A**.

3.   On or about August 16, 2018 the Ogdensburg Defendants were served with an Amended Complaint (**Exhibit B**).

4.   On or about August 27, 2018, the Court, on its own motion, transferred the case to the Morris County Superior Court under Docket Number MRS-L-1671-18.

5.   In this matter, Plaintiff alleges a series of claims against the various defendants as a result of an alleged domestic violence incident between plaintiff and her husband, defendant Joseph V. Sanfilippo. Defendant Joseph V. Sanfilippo was also a member of the Ogdensburg Police Department at the time of the incident.

6.  Plaintiff generally asserts that the Ogdensburg Defendants failed to protect plaintiff in connection with the domestic violence incident.

7.  The claims asserted against the Ogdensburg Defendants as well as the County Defendants include allegations arising under the New Jersey State Constitution and the 14th Amendment of the United States Constitution.

8.  Because this action includes claims arising under federal law, it is one over which the United States District Court has original jurisdiction pursuant to the provisions of 28 U.S.C. §1343 and, therefore, this action may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441 and §1443.

9.  This Notice is filed with this Court within thirty (30) days of receipt of the original Complaint by these Defendants.

10.  Moving Defendants have obtained the consent of all represented Defendants to file this Notice of Removal.

**PLEASE TAKE FURTHER NOTICE** that Defendants, upon filing the Notice of Removal in the Office of the Clerk of the United States District Court for the District of New Jersey, have also e-filed copies of this Notice with the Clerk of the Superior Court of New Jersey at the Morris County Law Division Clerk's Office, Washington Street, Morristown, New Jersey, to effect removal of this action to the United States District Court pursuant to 28 U.S.C. §1446.

**GEBHARDT & KIEFER, P.C.**
Attorneys for Ogdensburg Defendants,

By:_____
LESLIE A. PARIKH, ESQ.

Dated:  August 29, 2018

00190760

3